# CASE ANNOUNCEMENTS
## *April 26, 2010*

[Cite as *04/26/2010 Case Announcements*, 2010-Ohio-1795.]

## DISCIPLINARY CASES

**2009–1501. Disciplinary Counsel v. Horton.**
This cause came on for further consideration upon the filing by respondent's counsel of a motion for leave to withdraw as counsel. Upon consideration thereof,
It is ordered by the court that the motion is granted.
PFEIFER, Acting C.J.
The late Chief Justice Thomas J. MOYER did not participate in the ruling in this case.

## MISCELLANEOUS DISMISSALS

**2009–2209. State ex rel. Sheppard v. Ohio Dept. of Youth Servs.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application for dismissal,
It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.
PFEIFER, Acting C.J.
The late Chief Justice Thomas J. MOYER did not participate in the ruling in this case.

**2010–0648. Carreon v. Duncan.**
Lorain App. No. 09CA009601, 2010-Ohio-703. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's application for dismissal,
It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.
PFEIFER, Acting C.J.
The late Chief Justice Thomas J. MOYER did not participate in the ruling in this case.

# CASE ANNOUNCEMENTS
## *April 27, 2010*

[Cite as *04/27/2010 Case Announcements*, 2010-Ohio-1812.]

## MISCELLANEOUS DISMISSALS

**2010–0662. State v. Duncan.**
Richland App. No. 2009CA028, 2009-Ohio-5668. This cause is pending before the court as a claimed appeal of right. Upon consideration of appellant's application for dismissal,
It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.
PFEIFER, Acting C.J.
The late Chief Justice Thomas J. MOYER did not participate in the ruling in this case.